**KISOB LAW FIRM**
Apemwoyah Kisob Alaric-Lorenzo Esq. (SBN. 321507)
Attorney and Counselor-at-Law
New York, California, Nigeria & Cameroon
3680 Wilshire Blvd Suite P 04-1147
Los Angeles CA 90010
Alkisob@kisoblaw.US
Telephone:  7028634243
Fax:   2133838080

Attorney for Plaintiffs

**KIMBALL, TIREY & ST. JOHN LLP**
Tiffany D. Truong (SBN 292463)
Tiffany.Truong@kts-law.com
915 Wilshire Blvd, Suite 1650
Los Angeles, CA 90017
Telephone: (213) 337-0050
Facsimile: (213) 929-2212

Attorneys for Defendant,
Akash management, LLC dba Arby's

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Foye<br><br>**Plaintiff,**<br><br>vs.<br><br>Akash Management, LLC d/b/a Arby's and<br><br>DOES 1 Through 10, Inclusive.<br><br>**Defendant(s** | Case No.: 5:24-cv-01257-KK-DTB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br><br><br>Action Filed: 06/14/24<br>Trial Date: None set |

  Pursuant to Local Rule 40-2, Plaintiff Ian Foye and Defendant Akash Management, LLC hereby give notice that they have reached an agreement in principle to settle this dispute. The parties jointly

**JOINT NOTICE OF SETTLEMENT.**

request that the Court vacate all future hearings, and permit the parties fourteen days finalize formal settlement documentation and submit a stipulation of dismissal.

**DATED: October 31, 2024**                                             **KISOB LAW FIRM**

_____

By: Apemwoyah Kisob Alaric-Lorenzo, Esq.

Attorney for Plaintiff

Ian Foye

**Dated this October 31, 2024**

**KIMBALL, TIREY & ST. JOHN LLP.**

/s/ **Tiffany Troung**_____

By: Tiffany Troung, Esq.

Attorneys for Defendant

Akash Management LLC

**The filer, Apemwoyah Kisob Alaric-Lorenzo attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.**

**By:** _____

**Apemwoyah Kisob Alaric-Lorenzo**

---

**JOINT NOTICE OF SETTLEMENT.**

- 2